IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-21142
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNIS FERGUSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-67-ALL
- - - - - - - - - -
August 2, 2001

Before DEMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Dennis Ferguson has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Ferguson has filed a response to counsel's motion. Our independent review of the brief, the record, and Ferguson's response discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.